**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, | CASE NO. ED CV 10-01189 VAP (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| JAMES D. HARTLEY, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of MICHAEL WILLIAMS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 10, 2011

*Virginia A. Phillips*

―――――――――――――――――
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE